No. 114. WACKER-WABASH CORPORATION *v.* CITY OF CHICAGO.

October 14, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Cincinnati Street Ry. Co.* v. *Snell,* 193 U. S. 30, 36; *Iowa Central Ry. Co.* v. *Iowa,* 160 U. S. 389, 393; *Pittsburgh, C., C. & St. L. Ry. Co.* v. *Backus,* 154 U. S. 421, 427. *Mr. Howard F. Bishop* for appellant. *Messrs. Barnet Hodes* and *J. Herzl Segal* for appellee.